

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-24,732-03

### EX PARTE HONORABLE ROBERT D. BURNS III, JUDGE, CRIMINAL DISTRICT COURT NO. 1 OF DALLAS COUNTY
**Respondent**

### ORDER TO SHOW CAUSE AND TO FILE RESPONSE FROM DALLAS COUNTY

*Per curiam.*

### O R D E R

On November 16, 2016, this Court issued an order requiring the Respondent, Dallas County District Judge Robert D. Burns III, to enter findings of fact within 90 days in response to Applicant Earl Charles Martin's application for writ of habeas corpus filed pursuant to TEX. CODE CRIM. PROC. Article 11.07, in Dallas County Cause Number W90-32432-H(C). On February 3, 2017, this Court mailed an inquiry to Respondent as to why no response to the November 16, 2016, order had yet been submitted. This Court mailed another inquiry to Respondent on July 19, 2017. To date no response has yet been received from said Honorable Robert D. Burns III, in violation of the Court's

Order requiring a response by February 14, 2017.

**NOW, THEREFORE IT IS ORDERED BY THE COURT OF CRIMINAL APPEALS**, that Honorable Robert D. Burns III shall file said response and show cause why Respondent should not be held in contempt of this Court for failing to file the response by the date it was due and be punished for failing to do so. Honorable Robert D. Burns III is ordered to file, with the Clerk of this Court, Respondent's sworn affidavit and, if necessary, affidavits of other persons, on or before November 17, 2017. The affidavits shall state facts that deny or excuse Respondent's contempt, if there are any such facts. Honorable Robert D. Burns III shall also file the response required by the November 16, 2016, order on or before that date, November 17, 2017.

It is further **ORDERED** by this Court that the Clerk of this Court shall issue **NOTICE TO SHOW CAUSE AND TO FILE RESPONSE** commanding Honorable Robert D. Burns III to file said response and to show cause, in the manner and within the time specified in this Order, why Respondent should not be held in contempt of this Court for failing to timely file the required response and be punished for Respondent's failure to do so. A copy of this Order shall accompany the Notice.

**IT IS SO ORDERED ON THIS THE 25th day of October, 2017.**

Do not publish